**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 18-40082-HLT |
|---|---|
| | AUSA: Greg Hough |
| Plaintiff, | Defendant: Tom Bartee, AFPD |

v.

**ROBERT HAMPTON III,**
                Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | April 11, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:39 pm |
| INTERPRETER: | _____ | PROBATION: | Courtney Smith |

## PROCEEDINGS

☐ Initial Appearance – min.    ☐ Initial Revocation Hearing – min.    ☐ Bond Hearing – min.
☐ Detention Hearing – min.    ☐ Initial Rule 5(c)(3) – min.    ☐ Bond Revocation Hearing – min.
☐ Arraignment – min.    ☐ Preliminary Hearing – min.    ☐ Status Conference – min.
☐ Discovery Conference – min.    ☐ Pretrial Conference – min.    ☒ In-Court Hearing – 2 min.

☐ Defendant sworn    ☐ Examined re: financial status    ☐ Counsel appointed

☐ Charges and penalties explained to defendant    ☐ Advised of Due Process Protections Act
☐ Constitutional Rights Explained    ☐ Felony    ☐ Misdemeanor
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed
☐ Advised of Rights Under Rule _____    ☐ Signed Consent to Transfer _____

☐ Waived Reading    ☐ Read to Defendant:    ☐ Indictment    ☐ Information    ☐ Complaint
☐ Number of Counts:    ☐ Guilty    ☐ Not Guilty    ☐ Indictment Unsealed

☐ Bond Revoked    ☐ Bail Fixed at: $_____
☐ Release Order executed    ☐ Continued on present conditions    ☐ Remanded to Custody


**OTHER:** Defendant did not appear for the Initial Appearance set for April 11, 2022 at 1:30 pm. The court issued a Bench Warrant for his arrest